PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
JENNIFER FEGERT, ISBA #7187
jfegert@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BROTHER TIMOTHY MARIE PIDA, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF BONNERS FERRY, BY AND THROUGH ITS EMPLOYEE, CITY POLICE OFFICER WILLIAM COWELL IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, <br><br> Defendants. | Case No: 2:17-cv-00195-REB <br><br> **JOINT STIPULATED MOTION TO CONTINUE TRIAL** |

COMES NOW the Plaintiff, by and through his undersigned counsel of record, and the

Defendants, by and through their undersigned counsel of record, and hereby move this Court for

an order continuing the trial set in this matter for June 18, 2018.  Pending before this Court is

defendants' motion for summary judgment, wherein the defendants seek dismissal of all

plaintiff's claims.  Oral argument on defendants' motion for summary judgment was heard by

this court on March 20, 2018, and the parties currently await this Court's decision.  Pursuant to

this Court's Order Re-Setting Trial (Dkt. No. 27), the parties' must submit their pretrial

compliance documents in this matter, including witness lists, trial briefs, exhibit lists and

**JOINT STIPULATED MOTION TO CONTINUE TRIAL -- 1**

exhibits, jury instructions and proposed voir dire on or before Friday, May 18, 2018.  In an effort

to reduce client costs and attorney fees, the parties hereby move this Court for a continuance of

the trial until after this Court has issued its order on summary judgment and the parties have had

an opportunity to review any remaining claims.  This motion is not submitted for the purpose of

delay, but for the purpose of streamlining the pretrial process by awaiting this Court's decision

and then preparing pretrial compliance and preparing for trial only on the issues that remain after

this Court's ruling on summary judgment.

For these reasons stated, the parties stipulate and respectfully request leave from the court

for a continuance of the June 18, 2018, trial date.

DATED this 10th day of May, 2018.

/s/ Jennifer Fegert
Attorney for Defendants
LAKE CITY LAW GROUP, PLLC
435 W. Hanley Ave., Suite 101
Coeur d'Alene, Idaho 83815
jfegert@lclattorneys.com

/s/ Eric A. Anderson
Attorney for Plaintiff
Attorney at Law, P.A.
P.O. Box 3009
Bonners Ferry, ID  83805
eric.anderson@bonnersferrylaw.com

**JOINT STIPULATED MOTION TO CONTINUE TRIAL -- 2**