PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
JENNIFER FEGERT, ISBA #7187
jfegert@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BROTHER TIMOTHY MARIE PIDA, | Case No: 2:17-cv-00195-REB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| THE CITY OF BONNERS FERRY, BY AND THROUGH ITS EMPLOYEE, CITY POLICE OFFICER WILLIAM COWELL IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, | |
| Defendants. | |

COMES NOW the plaintiff, Brother Timothy Marie Pida, by and through his attorney of record, Eric A. Anderson, of the Wilson Law Firm, and Defendants City of Bonners Ferry and William Cowell, through their attorney of record, Peter C. Erbland, of the firm Lake City Law Group PLLC, and hereby stipulate to dismiss all of the above named defendants in the above-entitled matter and to dismiss this case with prejudice. Both parties to bear their own costs and attorney's fees incurred herein.

DATED this 18th day of May, 2018.

WILSON LAW FIRM

By: Eric A. Anderson
Attorney for Plaintiff

DATED this 18th day of May, 2018.

LAKE CITY LAW GROUP PLLC

PETER C. ERBLAND
Attorney for Defendants

W:\CDADOCS\00254\00040\PLEAD\C280842.DOCX